UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HALL AND BRENDA HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY,<br>a foreign insurance company,<br><br>Defendant. | No. 2:23-cv-01738-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS** |

This matter came on before the Court on the parties' Stipulated Motion to Stay Proceedings, and, for good cause shown, the Court hereby ORDERS as follows:

1. The parties' Stipulated Motion is hereby **GRANTED**. Dkt. No. 15.

2. All case schedule deadlines are terminated.

3. This matter is stayed through June 14, 2024, or until the appraisal process is complete, whichever occurs sooner.

4. The parties will provide a joint status update to the court on or before June 14, 2024. If the appraisal process is complete on or before June 14, 2024, then the status update will be in the form of an amended Joint Status Report setting forth a new proposed trial date and proposed case schedule deadlines. The amended Joint Status Report will include a statement of the result of the appraisal and the parties' positions if and how that result affects future proceedings in this

action.  If the appraisal is not complete as of June 14, 2024, then the Joint Status Report will be in the form of a motion requesting a continuation of the stay.

DATED this 22nd day of February 2024.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge