UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HALL AND BRENDA HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY,<br>a foreign insurance company,<br><br>Defendant. | No. 2:23-cv-01738-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE STAY** |

This matter came on before the Court on the parties' Stipulated Motion to Continue Stay, and, for good cause shown, the Court hereby ORDERS as follows:

1. The parties' Stipulated Motion (Dkt. No. 17) is hereby **GRANTED**.

2. This matter, including all discovery and case schedule deadlines, is stayed through July 29, 2024.

3. The parties will provide a status update to the court on or before July 29, 2024. If the appraisal process is complete as of July 29, 2024, then the status update will be in the form of an amended Joint Status Report setting forth a new proposed trial date and proposed case schedule deadlines. The amended Joint Status Report will include a statement of the result of the appraisal and the parties' positions if and how that result affects future proceedings in this action. If appraisal

ORDER GRANTING STIPULATED
MOTION TO CONTINUE STAY – 1
CAUSE NO.: 2:23-cv-01738

is not complete as of July 29, 2024, then the status report will be in the form of a motion requesting a continuance of the stay.

DATED this 17th day of June, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE STAY – 2
CAUSE NO.: 2:23-cv-01738