UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HALL, et al., | CASE NO. C23-1738-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO CONTINUE |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant(s). | |

     The parties stipulated to a continuance of the trial date and case schedule.  Dkt. No. 30.  The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date.  The unexpired deadlines in the previous case schedule (Dkt. No. 26) are VACATED.  The courtroom deputy is directed to issue an amended case schedule (starting from the expert testimony disclosure deadline) based on the parties' agreed-upon May 4, 2026 trial date and consistent with the Court's standard case schedule.

ORDER GRANTING STIPULATED MOTION TO CONTINUE - 1

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 19th day of August, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge