UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HALL, et al., | CASE NO. C23-1738-KKE |
| Plaintiff(s), | ORDER STRIKING HEARING |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant(s). | |

Plaintiffs filed a motion for partial summary judgment in August 2025, and Defendant's opposition brief requested oral argument. Dkt. Nos. 34, 35. The Court scheduled an oral argument on that motion for November 4, 2025. Dkt. No. 41. A couple of weeks after that hearing was set, Defendant filed a motion for partial summary judgment, requesting oral argument. Dkt. No. 42. Defendant's motion is noted for November 4, 2025, meaning that briefing will be complete on that day. *Id*.

The Court finds that it would serve judicial economy to hear argument on the two motions for partial summary judgment together, but only after the Court has had the opportunity to review all of the briefing on Defendant's motion. Thus, the Court STRIKES the oral argument currently

ORDER STRIKING HEARING - 1

set for November 4, 2025, and directs the courtroom deputy to set a hearing on both pending motions on a mutually convenient date.

Dated this 20th day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING HEARING - 2