UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HALL, et al.,<br><br>                    Plaintiff(s),<br>       v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>                    Defendant(s). | CASE NO. C23-1738-KKE<br><br>ORDER TO PROVIDE ADDITIONAL INFORMATION |

Plaintiffs' counsel filed a motion for leave to withdraw representation that complies with the notice requirements of Local Rules W.D. Wash. LCR 83.2(b)(1). Dkt. No. 50. The motion does not explain why withdrawal is sought, however, which impairs the Court's ability to evaluate whether the motion should be granted. *See, e.g.*, *Putz v. Golden*, No. C10-0741JLR, 2012 WL 13019202, at *3 (W.D. Wash. Aug. 3, 2012) (providing that when addressing a motion to withdraw, courts consider, among other things, "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case").

Plaintiffs' counsel is therefore ORDERED to provide more information regarding the "circumstances that have developed in the past 48 hours [that] mandate that undersigned counsel move to withdraw" (Dkt. No. 50 at 1), no later than November 3, 2025. Counsel may file this

ORDER TO PROVIDE ADDITIONAL INFORMATION - 1

information *ex parte* under seal, and must provide the information to their clients but need not serve it on Defendant.  In this filing, counsel shall also address the impact of this motion (noted for November 19, 2025) on the oral argument on cross-motions for summary judgment scheduled for November 18, 2025.  *See* Dkt. No. 46.

Dated this 29th day of October, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER TO PROVIDE ADDITIONAL INFORMATION - 2