# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JONATHAN HALL, et al., | CASE NO. C23-1738-KKE |
| Plaintiff(s), | ORDER STRIKING HEARING |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant(s). | |

Due to the uncertainty surrounding Plaintiffs' representation (*see* Dkt. No. 50 (Plaintiffs' counsel's motion to withdraw)), the Court STRIKES the oral argument currently scheduled for November 18, 2025. Dkt. No. 46. The Court will reschedule oral argument after Plaintiffs retain new counsel.

Dated this 4th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING HEARING - 1