HON. KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JONATHAN HALL AND BRENDA HALL,<br><br>    Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign insurance company,<br><br>    Defendant. | No. 2:23-cv-01738 KKE<br><br>STIPULATED MOTION AND ORDER FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL FOR BRENDA HALL |

The parties hereby stipulate and move the Court for an order granting Plaintiffs' counsel Isaac Ruiz, Brenna Pink Pampena, David Fadduol, and Ruiz & Smart LLP for leave to withdraw and the substitution of attorney Leah Snyder, with Ember Law, PLLC. as counsel for plaintiff Brenda Hall pursuant to LCR 83.2 (b)(1). This stipulated motion does not address representation for Jonathan Hall. *See* Dkt No. 51.

RESPECTFULLY SUBMITTED November 6th 2025.

**RUIZ & SMART LLP**

By: *s/Isaac Ruiz*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
David Fadduol, WSBA#61126

**EMBER LAW PLLC**

By:*s/Leah Snyder*
Leah Snyder, WSBA #44384
Leah@emberlaw.com

STIPULATED MOTION AND ORDER TO
WITHDRAW AND SUBSTITUTE
COUNSEL FOR BRENDA HALL
(No. 2:23-cv-01738 KKE) - 1

|   |   |
|---|---|
| dfadduol@ruizandsmart.com<br>Brenna Pink Pampena, WSBA #62986<br>bpinkpampena@ruizandsmart.com | 1700 7th Ave Ste 2100<br>Seattle, WA  98101<br>**Substituting Attorney** |

*Withdrawing attorneys*

FORSBERG & UMLAUF, P.S.

<u>By: s/Kimberly A. Reppart</u>
Kimberly A. Reppart, WSBA #30643
Sarah P. Pozzi, WSBA #55744
*Attorneys for Defendant*

# ORDER

The parties filed a stipulated motion for leave to withdraw representation and substitute new counsel for Plaintiff Brenda Hall.  Dkt. No. 57.  The motion complies with Local Rules W.D. Wash. LCR 83.2.  The Court GRANTS the motion and hereby ORDERS that attorneys Isaac Ruiz, Brenna Pink Pampena, and David Fadduol of Ruiz & Smart LLP are permitted to withdraw, and attorney Leah Snyder of Ember Law PLLC is substituted in their place as counsel of record for Brenda Hall.

Dated this 7th day of November 2025.

*[signature]*
_____
Kymberly K. Evanson
United States District Judge