UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HALL, et al., | CASE NO. C23-1738-KKE |
| Plaintiff(s), | ORDER ON JOINT STATUS REPORT |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant(s). | |

In compliance with the Court's instructions (Dkt. No. 61), the parties filed a joint status report regarding the impact of Plaintiffs' change in counsel on the pending partial summary judgment motions and trial scheduling. Dkt. No. 62.

In accordance with the parties' agreement, the Court STAYS the partial summary judgment motions. Dkt. Nos. 34, 42. The clerk is instructed to administratively TERMINATE those motions, subject to reactivation after Plaintiff Jonathan Hall is represented by counsel. The parties are ORDERED to file a joint status report regarding Mr. Hall's representation and/or any other position as to the summary judgment motions no later than January 7, 2026.

The Court also finds good cause to, consistent with the parties' report, amend the case schedule. The Court therefore VACATES the current trial date and unexpired case deadlines (Dkt.

ORDER ON JOINT STATUS REPORT - 1

No. 33).  The courtroom deputy is directed to enter an amended case schedule consistent with a trial date of July 27, 2026.

Dated this 2nd day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER ON JOINT STATUS REPORT - 2