UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN HALL, et al., | CASE NO. C23-1738-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

As the Court has now denied the motion to enforce settlement agreement, as explained on the record, the Court EXTENDS the deadline (Dkt. No. 65) for the parties to file dismissal paperwork to April 2, 2026.

Dated this 25th day of March, 2026.

Joshua C. Lewis
Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1