UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN HALL, et al.,

                    Plaintiff(s),

        v.

USAA GENERAL INDEMNITY
COMPANY,

                    Defendant(s).

CASE NO. C23-1738-KKE

ORDER OF DISMISSAL

The parties filed a stipulated motion to dismiss.  Dkt. No. 75.  The Court GRANTS the motion and ORDERS that Plaintiffs' claims and causes of action against Defendant are DISMISSED with prejudice and without an award of attorney's fees or cost to either party.

Dated this 31st day of March, 2026.

_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1